# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ANTONIO ALDANA SEGURA,<br><br>Defendant. | Case No.: 20-CR-03345-DMS<br><br>**ORDER TO PRESERVE BULK NARCOTICS** |

Presently before the Court is the United States' motion for an order directing the United States to preserve the bulk narcotics seized in this case. Having reviewed the United States' request, and good cause appearing, the Court GRANTS the United States' motion.

Accordingly, the Court ORDERS that the United States preserve the narcotics seized in this case. The Court further ORDERS that all government agencies and private contractors having custody of such evidence be notified of this preservation order.

This ORDER shall terminate upon the earlier of the acceptance of a guilty plea by the District Court, a finding of not guilty at trial, dismissal of the case, or further Order of the Court.

**IT IS SO ORDERED.**

DATED: March 26, 2021

Hon. Dana M. Sabraw
United States Chief District Judge